UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **DAVID WAYNE CROCKER,** | ) |
| Petitioner, | ) Case No. CV 14-1136 ODW (AJW) |
| v. | ) |
| **DANIEL PARAMO,** | ) ORDER ACCEPTING REPORT AND ) RECOMMENDATION OF ) MAGISTRATE JUDGE |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: April 29, 2014

_____
Otis D. Wright II
United States District Judge