UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **DAVID WAYNE CROCKER,** | Case No. CV 14-1136-ODW(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| **DANIEL PARAMO,** | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: April 29, 2014

_____
Otis D. Wright II
United States District Judge